# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00603-CV

**Tracy Nixon, Appellant**

**v.**

**Attorney General of the State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-11-002283, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Tracy Nixon attempted to appeal from the district court's September 12, 2011 denial of a default judgment against the Attorney General of the State of Texas. The district clerk's file does not contain the complained-of order or judgment. We may not exercise appellate jurisdiction without a final judgment or otherwise appealable order. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West 2008); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

On October 21, 2011, this Court requested that Nixon file a written response demonstrating this Court's jurisdiction over the appeal. Nixon's filed response failed to do so. Thus, the appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

                                  Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   December 8, 2011